# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 21, 2007

132889-90 & (59)

AMERIQUEST MORTGAGE COMPANY,
      Plaintiff-Appellant,

v

ARKAN D. ALTON,
        Defendant-Appellee.
_____

ARKAN D. ALTON,
        Plaintiff-Appellee,

v

AMERIQUEST MORTGAGE COMPANY,
        Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132889
COA: 264213
Oakland CC: 04-058731-CH

SC: 132890
COA: 264214
Oakland CC: 04-058944-CH

On order of the Court, the motion for leave to file brief amicus curiae is GRANTED. The application for leave to appeal the November 28, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 21, 2007

_____
Clerk

t1114